UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LAURENCE M. SMYTHE,             )
                                )
          Plaintiff,            )
                                )
     v.                         )   No. 4:05CV1471 FRB
                                )
JOHN E. POTTER, Postmaster      )
General, United States Postal   )
Service,                        )
                                )
          Defendant.            )

## JUDGMENT

In accordance with the Memorandum and Order entered October 11, 2006,

**IT IS HEREBY ORDERED** that plaintiff Laurence M. Smythe's claims of age, disability and veteran discrimination, as pursued in his Complaint under Title VII and the Americans with Disabilities Act, are dismissed without prejudice.

In accordance with the Memorandum and Order entered herewith,

**IT IS FURTHER ORDERED AND ADJUDGED** that defendant John E. Potter, Postmaster General, United States Postal Service, shall have judgment against plaintiff Laurence M. Smythe on plaintiff's Title VII claims of race discrimination, gender discrimination and retaliation as raised in his Complaint, and such claims are hereby dismissed with prejudice.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this  _25th_  day of April, 2007.